PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER ZIMMERMAN,<br><br>Defendant. | CASE NO. 2:17-CR-00092-AC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: July 10, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a status conference on July 10, 2017.

2. The parties are still in the process of exchanging and reviewing discovery, including medical records of the defendant, which will be relevant to the parties' trial preparation and/or a potential resolution in this case. Given these circumstances, the parties seek to continue the status conference.

3. By this stipulation, the parties now jointly move to continue the status conference to September 14, 2017 at 2 p.m.

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 6, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: July 6, 2017

/s/ *Eric H. Hintz*
ERIC H. HINTZ
Counsel for Defendant
Jennifer Zimmerman

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to September 14, 2017 at 2 p.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

FOUND AND ORDERED this 6th day of July, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE