ERIC H. HINTZ
2725 Riverside Blvd
Sacramento, CA 95818
(916) 504-4979 Office
(916) 802-5979 Direct
HintzLaw@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JENNIFER ZIMMERMAN,<br><br>               Defendant. | CASE NO. 2:17-CR-00092-AC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 2, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a status conference on October 2, 2017.

2. The parties are actively attempting to resolve this matter including a pending meeting with the Director of the VA on a related matter that is scheduled for October 8, 2017 which is an important component, from Defendant's perspective, in the defendant's preparation for trial and for evaluating potential resolutions of this case. Given these circumstances, the parties seek to continue the status conference.

3. By this stipulation, the parties now jointly move to continue the status conference to November 6, 2017 at 9:00 a.m.

///

4. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 28, 2017   PHILLIP A. TALBERT
                            United States Attorney

                            */s/ Robert J. Artuz*
                            Robert J. Artuz
                            Special Assistant U.S. Attorney

                            *Eric H. Hintz*
Dated: September 28, 2017   /s/
                            ERIC H. HINTZ
                            Counsel for Defendant
                            Jennifer Zimmerman

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference is continued to November 6, 2017 at 9:00 AM. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is hereby excluded from the date of this Order until November 6, 2017.

FOUND AND ORDERED this 28th day of September 2017.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE